UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMBER N. BRAITHWAITE,<br><br>         Plaintiff,<br><br>  -against-<br><br>NORBERTO RIVERA; NEW YORK COLLATERAL RECOVERY CORP.,<br><br>         Defendants. | 23cv11175 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 29, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: May 29, 2024
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge